


CORPORATION SERVICE COMPANY®

AUG 0 4 2009

TVW / ALL
**Transmittal Number: 6862385**
**Date Processed: 08/01/2009**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Leo A. Knowles, 1-370<br>Conagra Foods, Inc.<br>One Conagra Drive<br>Omaha, NE 68102-5001 |
| **Copy of transmittal only provided to:** | Sherry Benton 1-370 |

| | |
|---|---|
| **Entity:** | ConAgra Foods, Inc.<br>Entity ID Number 0246636 |
| **Entity Served:** | Conagra Food, Inc |
| **Title of Action:** | John O'Donnell vs. Kraft Foods Inc. |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Product Liability |
| **Court:** | Essex County Superior Court, New Jersey |
| **Case Number:** | ESX-L-005957-09 |
| **Jurisdiction Served:** | New Jersey |
| **Date Served on CSC:** | 07/31/2009 |
| **Answer or Appearance Due:** | 35 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Plaintiff's Attorney:** | Leonard Eger<br>201-342-4750 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

*CSC is SAS70 Type II certified for its Litigation Management System.*

2711 Centerville Road Wilmington, DE 19808 (888) 690-2882 | sop@cscinfo.com

Attorney(s) Egert and Trakinski
Office Address Two University Plaza, Suite 508
Town, State, Zip Code Hackensack, New Jersey 07601
Telephone Number (201) 342-4750
Attorney(s) for Plaintiff

JOHN O'DONNELL, RUTHANN HILLAND, and MICHELE DE SCISCIOLO
Plaintiff(s)

Vs.

KRAFT FOODS INC., SARA LEE CORPORATION, CONAGRA FOODS, INC., NATHAN'S FAMOUS, INC., et al
Defendant(s)

**Superior Court of New Jersey**

Essex COUNTY
Civil DIVISION

Docket No: ESX-L-005957-09

**CIVIL ACTION SUMMONS**

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated: 7-22-09

Jennifer Perez
Jennifer M. Perez,
Acting Clerk of the Superior Court

Name of Defendant to Be Served: CONAGRA FOODS, INC c/o

Address of Defendant to Be Served: Prentice Hall Corp System
830 Bear Tavern Rd
West Trenton NJ 08628

NOTE: The Case Information Statement is available at http://www.njcourtsonline.com

Revised 7/1/2008, CN 10792