THOMPSON HINE LLP
335 Madison Avenue, 12th Floor
New York, NY 10017
Tel: (212) 344-5680

Attorneys for Defendant Marathon
Enterprises, Inc. and acting Liaison
Counsel for All Defendants

| | |
|---|---|
| JOHN O'DONNELL, RUTHANN HILLAND, AND MICHELE DE SCISCIOLO, for themselves and a class of consumers similarly situated,<br><br>v.<br><br>KRAFT FOODS INC., SARA LEE CORPORATION, CONAGRA FOODS, INC., NATHAN'S FAMOUS, INC., and MARATHON ENTERPRISES, INC.,<br><br>                                Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISON: ESSEX CONTY<br><br>DOCKET NO. ESX-L-005957-09<br><br>CIVIL ACTION |

## NOTICE OF FILING
## <u>NOTICE OF REMOVAL</u>

TO:    Deputy Clerk of the Superior Court          Leonard Egert, Esq.
       Civil Customer Service                      Amy Trakinski Esq.
       Hall of Records, Room 201                   Egert and Trakinski
       465 Dr. Martin Luther King, Jr. Blvd.       Two University Plaza, Suite 508
       Newark, NJ 07102                            Hackensack, NJ 07601

      PLEASE TAKE NOTICE that there was filed on the 28th day of August, 2009 with the Clerk of the United States District Court for the District of New Jersey, Newark Division, Defendants' Joint Notice of Removal, a true copy of which is attached hereto, served upon Plaintiffs' counsel, and filed with the Clerk of the Superior Court of New Jersey, Essex County, Civil Division.

PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. § 1446(d), the filing of this Notice shall effect the removal, and the State court shall proceed no further unless and until the case is remanded.

                                                                                                 Barry M. Kazan
THOMPSON HINE LLP
335 Madison Avenue, 12th Floor
New York, NY 10017
(212) 908-3921
barry.kazan @thompsonhine.com

Attorneys for Defendant Marathon Enterprises, Inc. and acting Liaison Counsel for all Defendants

*Of Counsel:*

Richard A. De Palma
THOMPSON HINE LLP
335 Madison Avenue, 12th Floor
New York, NY 10017
(212) 908-3921

Attorneys for Defendant Marathon Enterprises, Inc.

Stephen A. Rudolph, Esquire
Monte & Rudolph
800 The Plaza
P.O. Box 255
Sea Girt, NJ 08750
732-449-0190

James H. Walsh
R. Trent Taylor
MCGUIREWOODS LLP
901 East Cary Street
Richmond, VA 23219
(804) 775-4346

Attorneys for Defendant ConAgra Foods, Inc.

Kevin H. Marino
John D. Torotella
Marino, Tortorella & Boyle, P.C.
437 Southern Boulevard
Chatham, NJ 07928-1488
(973) 824-9300

Dean N. Panos
Richard P. Steinken
Philip L. Harris
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603
Tel (312) 923-2765

Attorneys for Defendant Kraft Foods, Inc.


John C. Dougherty*
Eliot J. Kirshnitz
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 335-4561

Attorneys for Nathan's Famous, Inc.


Claudia A. Costa
Stryker Tams & Dill, LLP
2 Penn Plaza East
Newark, NJ 07105
 (973) 491-3955

Richard J. Leighton*
Douglas J. Behr*
Hesham M. Sharawy*
Robert A. Sheffield*
Keller and Heckman LLP
1001 G Street, N.W., Suite 500 West
Washington, DC  20001
 (202) 434-4100

Attorneys for Defendant Sara Lee Corp.


* Application for admission *pro hac vice* to be filed

## CERTIFICATE OF SERVICE ON COUNSEL
## AND FILING WITH THE STATE COURT

Barry M. Kazan, an attorney, certifies that the foregoing *Notice of Filing Notice of Removal*, was caused to be served, via first-class U.S. Mail, upon

>Leonard Egert, Esq.
>Amy Trakinski Esq.
>Egert and Trakinski
>Two University Plaza, Suite 508
>Hackensack, NJ 07601
>Counsel for Plaintiffs

>Daniel Kinburn
>The Cancer Project
>5100 Wisconsin Avenue, N.W., Suite 400
>Washington, DC 20016
>Counsel for Plaintiffs

and filed with the Clerk of the Superior Court of New Jersey, Essex County, Civil Division on the 28th day of August, 2009.

_____
Barry M. Kazan