Eliot Kirshnitz, Esq.
John C. Dougherty, Esq.
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Tel: (212)-335-4561
Fax: (212)-884-8561
Attorneys for Defendant, Nathan's Famous, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN O'DONNELL, RUTHANN HILLAND, and MICHELE DE SCISCIOLO, for themselves and a class of consumers similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>KRAFT FOODS INC., SARA LEE CORPORATION, CONAGRA FOODS, INC., NATHAN'S FAMOUS, INC., and MARATHON ENTERPRISES, INC.,<br><br>Defendants. | Case No. 2:09-cv-04448-JLL-CCC<br><br>Judge Jose L. Linares<br><br>AFFIDAVIT OF SERVICE |

I, Eric Merklinger, being duly sworn, depose and say that deponent is not a party to the action, is over 18 years of age and is employed in New York, New York.

I hereby certify that on this 11th day of September, 2009, I caused

- A copy of the letter to the Honorable Claire C. Cecchi USMJ;

- The Declaration of Mr. John C. Dougherty;

- The Certification of Mr. Eliot Kirshnitz;

- Rule 7.1 Corporate Disclosure Statement;

- Notice of Appearance of Mr. Eliot Kirshnitz;

- Proposed Order of Form for the admission *pro hac vice* of Mr. John C. Dougherty as counsel for Defendant Nathan's Famous, Inc.;

To be filed with the Clerk of the United States District Court of New Jersey via CM/ECF system and served via regular mail upon:

Leonard Egert, Esq.
Amy Trakinski, Esq.
Egert and Trakinski
Two University Plaza, Suite 508
Hackensack, NJ 07601

Daniel Kinburn
The Cancer Project
5100 Wisconsin Avenue, N.W.
Suite 400
Washington, DC 20016

COUNSEL FOR PLAINTIFFS

Stephen A. Rudolph, Esq.
Monte & Rudolph
800 The Plaza
P.O. Box 255
Sea Girt, NJ 08750

James H. Walsh, Esq.
R. Trent Taylor, Esq.
McGuire Woods LLP
901 East Carry Street
Richmond, VA 23219

ATTORNEYS FOR DEFENDANT CONAGRA FOODS, INC.

Kevin H. Marino
John D. Tortorella
Marino, Tortorella & Boyle, P.C.
437 Southern Boulevard
Chatham, NJ 07928-1488

Dean N. Panos
Richard P. Steinken
Philip 1. Harris

Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603

ATTORNEYS FOR DEFENDANT KRAFT FOODS INC.

Claudia A. Costa
Stryker, Tams & Dill LLP
Two Penn Plaza
New York, New York 10121

Douglas J. Behr
Richard J. Leighton
Robert A. Sheffield
Hesham M. Sharawy
Keller and Heckman LLP
1001 G Street, N.W.
Suite 500 West
Washington, DC 20001

ATTORNEYS FOR DEFENDANT SARA LEE CORPORATION

Richard A. De Palma
Barry M. Kazan
Amir Shaikh
Thompson Hine LLP
12th Floor
335 Madison Avenue
New York, NY 10017-4611

ATTORNEYS FOR DEFENDANT MARATHON ENTERPRISES INC.

I hereby certify that the statements made by me are true and correct to the best of my knowledge and understand that if any of the statements made by me are willfully false, I am subject to punishment.

Sworn to before me this
11th day of September, 2009

_____          _____
MARCUS L. GRIFFIN                  Eric Merklinger
Notary Public, State Of New York
No. 01GR5062272
Qualified in New York County
Commission Expires June 24, 2010